**SO ORDERED.**
**SIGNED this 15th day of April, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | |
|---|---|
| IN RE:    **CECIL ABERUM WRIGHT** **A/K/A CECIL A. WRIGHT AND** **JESI BRIONA WRIGHT** **A/K/A JESI B. WRIGHT** **Debtors** | Case No. 2:19-BK-50340-MPP <br><br><br><br> Chapter 7 |

### ORDER GRANTING MOTION FOR ABANDONMENT AND RELIEF
### FROM THE AUTOMATIC STAY PROVISIONS OF THE BANKRUPTCY CODE

This matter having come before the Court pursuant to the motion of Movant, Matrix Financial Services Corporation, for relief from the automatic stay, and the Court, being fully advised, finds that there was no opposition to the motion and, therefore, the motion is **GRANTED**. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does not apply in this case. Therefore, relief is hereby granted, the property is no longer property of the bankruptcy estate, and Movant is free to pursue state court remedies against the real property more commonly known as

475 College St, Newport, TN 37821, said real property being more particularly described as follows:

> **SITUATE in Civil District No. Six (6) of Cocke County, Tennessee, being all of Tax Parcel 4.00 (Map 47N, Group G), and being more particularly described as follows:**
>
> **BEGINNING on an existing iron pin located in the south margin of College Street, said point being a common corner with property now or formerly belonging to Balch; thence with the margin of College Street North 72 deg. 04 min. 47 sec. East 100.85 feet to a nail set in the edge of the sidewalk, said point being a common corner with property now or formerly belonging to Dockery; thence leaving the margin of College Street and continuing with Dockery South 19 deg. 32 min. 22 sec. East 174.74 feet to an iron pin set in the margin of a 14 feet Alley; thence with Crab Apple Alley South 51 deg. 40 min. 13 sec. West 77.07 feet to an iron pin set, said point being a common comer with Balch; thence with Balch North 27 deg. 22 min. 23 sec. West 204.32 feet to the point of beginning, having an area of 0.380 acres according to the survey performed by Randall A. Freeman, TN RLS 2478, 301 East Main Street, Suite 206, Newport, TN 37821.**
>
> **BEING the same property conveyed to Cecil A. Wright and wife, Jesi B. Wright from John J. Kelly and wife, Frances J. Kelly by her Attorney-In-Fact, John J. Kelly by Warranty Deed dated September 18, 2013, recorded as Record Book 1393 page 513, in the Register's Office of Cocke County, Tennessee.**
>
> **THE SOURCE of the above description is derived from and is subject to the survey performed on August 26, 2013, by Randall A. Freeman, TN RLS 2478,301 East Main Street, Suite 206, Newport, TN 37821.**
>
> **SUBJECT TO and the source of the**

**IT IS SO ORDERED.**

###

APPROVED:

_s/ Luke H. Neder_____

Joel W. Giddens (016700)
Heather Martin-Herron (032248)
Kathryn Lachowsky-Khan (037090)
Luke H. Neder (028444)
WILSON & ASSOCIATES, P.L.L.C.
320 North Cedar Bluff Road, Suite 240
Knoxville, Tennessee 37923
(865) 558-5688

Attorneys for Movant

W&A No. 542-309991

3